for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Messrs. Wm. Watson Smith, Leon E. Hickman,* and *R. L. Batts* for respondents.

No. 448. GREENBAUM, ADMINISTRATRIX, *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. George Silberstein* for petitioner. *Messrs. Frederick H. Nash, Claude R. Branch,* and *Arthur C. Patterson* for respondent.

No. 458. SHREVEPORT PRODUCING & REFINING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, S. E. Blackham,* and *H. Brian Holland* for respondent.

No. 464. EASTERN OHIO TRANSPORT CORP. *v.* WHEELING ET AL. November 12, 1934. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Howard D. Matthews* for petitioner. *Mr. Charles M. McCamic* for respondents.

No. 473. SHEFFORD CHEESE Co. *v.* LAKESHIRE CHEESE Co. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur M. Hood* and *Louis Quarles* for